# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Pervenia Brown**

    Plaintiff

V.

    CIVIL ACTION

    NO. 1:22-11221-FDS

**British Parliament et al**

    Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's ORDER TO SHOW CAUSE dated April 11, 2023 (Dkt. No. 28), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

6/25/2024         /s/ Flaviana de Oliveira
Date        Deputy Clerk